IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEWIS RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-20-F |
| ) | WO |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Upon consideration of the Stipulation of Dismissal With Prejudice filed by the plaintiff and Defendant Equifax Information Services, LLC, on April 19, 2005 (Doc. # 34), it is hereby

ORDERED that Defendant Equifax Information Services, LLC is dismissed with prejudice from the above-styled case, costs taxed as paid.

DONE this 20th day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE